UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-00-427 LKK

    Plaintiff,

  v.                         O R D E R

DAVID GUIDRY,

    Defendant.
                                  /

    Petitioner has filed a document entitled, "Writ of Error Coram Nobis."

    The court is familiar with this case. The petition is without merit and is DENIED.

    IT IS SO ORDERED.

    DATED: September 27, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1