UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-00-0427 LKK

    Plaintiff,

  v.                                O R D E R

DAVID GUIDRY,

    Defendant.
                                    /

    The court is in receipt of defendant's Motion to Discharge. The defendant's Motion is DENIED.

    IT IS SO ORDERED.

    DATED: August 27, 2010

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT