KRISTA HART
State Bar No 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID GUIDRY,<br><br>    Defendant. | Cr.S. 00-427 LKK<br><br>**ORDER**<br>**RE: RECORDS** |

**GOOD CAUSE APPEARING** the Warden of the Medical Center for Federal Prisoners in Springfield, Missouri, shall provide unredacted copies of Mr. Guidry's records: all medical records including but not limited to all psychiatric and psychological records, all disciplinary records and any other records the Warden relied on to prepare the assessments of Mr. Guidry pursuant to 18 U.S.C. § 4243. These records shall be provided to counsel for Mr. Guidry by September 14, 2011.

DATED: August 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1