UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-00-0427 LKK

    Plaintiff,

  v.                              O R D E R

DAVID GUIDRY,

    Defendant.
_____/

    The court is in receipt of defendant's motion for appointment of new counsel.  The motion is DENIED.

    IT IS SO ORDERED.

    DATED: July 30, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1