```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,
                                      NO. CR. S-00-0427 LKK
          Plaintiff,

     v.                                      O R D E R

DAVID GUIDRY,

          Defendant.
                                  /
```

The court is in receipt of a communication from the defendant. Its form appears to be both a pleading and a letter inquiring as to various facts. It is difficult to know precisely how the communication should be characterized.

Setting aside these problems, the court notes that there is at least a suggestion that Mr. Guidry desires to represent himself. Mr. Guidry has been found to be incompetent and the court has appointed counsel on his behalf. There is no present evidence suggesting that Mr. Guidry has regained competence, and accordingly, if the document is a pleading, and if he seeks to

1

1 | represent himself, that motion is DENIED.
2 |     IT IS SO ORDERED.
3 |     DATED: February 11, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT